**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01456-LTB-KLM

NICHOLE WILLIAMS,

         Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

         Defendant.

___

### MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

         Defendant's Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses Pursuant to Fed. R. Civ. P. 15(a)(2) (Doc 10 - filed August 26, 2011) is **GRANTED**. The tendered First Amended Answer is accepted for filing.

Dated:  August 29, 2011