**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01456-LTB-KLM

NICHOLE WILLIAMS,

        Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

        Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 24 - filed October 19, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:


   __s/Lewis T. Babcock_____
   Lewis T. Babcock, Judge

DATED:   October 20, 2011

1